# Court of Appeals, State of Michigan

## ORDER

People of MI v Anton Blevins

Docket No. 315774

LC No. 12-001086-FC

Amy Ronayne Krause
Presiding Judge

Kirsten Frank Kelly

Douglas B. Shapiro
Judges

On the Court's own motion the January 12, 2016 opinion is hereby VACATED, and a new opinion is attached.

A true copy entered and certified by Jerome W. Zimmer Jr., Chief Clerk, on

FEB 1 1 2016

Date

Chief Clerk